# EXHIBIT H

 **Office of Temporary and Disability Assistance**
NEW YORK STATE

**ANDREW M. CUOMO**
Governor

**SAMUEL D. ROBERTS**
Commissioner

**BARBARA GUINN**
Executive Deputy Commissioner

## NOTICE OF CONFIRMATION AS A HUMAN TRAFFICKING VICTIM IN NEW YORK STATE

July 21, 2017

**Redacted**
C/O Gayle Clark
My Sister's Place
1 Water Street
White Plains NY 10601

Re: OTDA Tracking Number:**Redacted**

Dear **Redacted**

The New York State Division of Criminal Justice Services, in consultation with the New York State Office of Temporary and Disability Assistance has reviewed the information that My Sister's Place of Westchester County supplied on 7/19/2017 regarding your circumstances and determined that you **MEET THE CRITERIA FOR CONFIRMATION** as a human trafficking victim in New York State.

Under New York State law, you may be qualified for assistance under New York State Response to Human Trafficking Program. We encourage you to continue working with My Sister's Place.

You may also contact New York State Office of Victim Services, 55 Hanson Place, 10th Floor, Brooklyn, NY 11217, 718-923-4325, 1-800-247-8035, www.ovs.ny.gov.

Should you require further information or a copy of the explanation of this determination, please contact the New York State Office of Temporary and Disability Assistance at 212-961-5688. Either you or your representative may request a copy of the explanation of this determination.

Best wishes,

*Nascha Joli*

Nascha Joli,
Program Manager, NYS Response to Human Trafficking Program

cc:   Carl Boykin, Division of Criminal Justice Services