## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Manasay Hardy Ravelombonjy,** | Case No. 19 Civ. 07025 (ER) |
| Plaintiff, | Judge Edgardo Ramos |
| v. | |
| **Jean Francis Zinsou & Colette Zinsou-Fatimabay,** | |
| Defendants. | |

## ORDER GRANTING MOTION
## TO SERVE DEFENDANTS BY ALTERNATIVE MEANS

**IT IS HEREBY ORDERED** that Plaintiff's motion to serve Defendants Jean Francis Zinsou and Colette Zinsou-Fatimabay by alternative means, pursuant to Federal Rule of Civil Procedure 4(f)(3), is **HEREBY GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall effect service upon Defendant Jean Francis Zinsou by sending an electronic copy of this Order, the Amended Complaint, and Summons to the following email address:  jefrezin@gmail.com.

**IT IS FURTHER ORDERED** that Plaintiff shall effect service upon Defendant Colette Zinsou-Fatimabay by sending an electronic copy of this Order, the Amended Complaint, and Summons to the following email addresses: facozin@yahoo.fr.

**IT IS FURTHER ORDERED** that Plaintiff shall effect service upon Defendants by publishing notice of this action in L'Evenement Precis, once per week, for four consecutive weeks.  If L'Evenement Precis cannot accommodate Plaintiff's publication request, Plaintiff may

effect service upon Defendants by publishing notice of this action in the New York Times International, once per week, for four consecutive weeks.

**IT IS FURTHER ORDERED** that Plaintiff shall effect service upon Defendants by hand delivering this Order, the Amended Complaint, and Summonses to a person of suitable age and discretion, including the doorman or other individual charged with accepting deliveries, at 65 West 55th Street, New York, New York, the dwelling place or usual place of abode of Andry Olivier Zinsou, Defendants' son.  Plaintiff shall also send, via first class mail, this Order, the Amended Complaint, and Summonses to Andry Olivier Zinsou at 65 West 55th Street, Apartment 10B, New York, New York.

**IT IS SO ORDERED**.

Dated:  August 12      , 2020
            New York, New York

Edgardo Ramos
United States District Judge