UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANASY HARDY RAVELOMBONJY,

                              Plaintiff,

– *against* –

JEAN FRANCIS ZINSOU, and COLETTE
ZINSOU-FATIMABAY,

                              Defendants.

---

**ORDER**

19 Civ. 7025 (ER)

RAMOS, D.J.:

    The Court is in receipt of Plaintiff's motion to substitute a party. Defendants' response, if any, is due by no later than May 28, 2021.

It is SO ORDERED.

Dated:    May 21, 2021
           New York, New York

_____
     EDGARDO RAMOS, U.S.D.J.