UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANASAY HARDY RAVELOMBONJY,

      Plaintiff,

-*against*-

JEAN FRANCIS ZINSOU *and* COLETTE ZINSOU-FATIMABAY,

      Defendants.

**ORDER**

19-cv-7025 (ER)

RAMOS, D.J.:

  The instant matter was filed on July 26, 2019, naming Jean Francis Zinsou and Colette Zinsou-Fatimabay as defendants. Doc. 1. Defendant Jean Francis died after the complaint was filed. Doc. 37-1. By notice of motion dated December 6, 2021, Defendants requested that the caption be changed to replace Defendant Jean Francis Zinsou with "Andry Zinsou and Colette Zinsou-Fatimabay as the Co-Executors of the Estate of Jean-Frances Zinsou." Doc. 63.

  The Clerk of Court is respectfully directed to amend the case caption to "Andry Zinsou and Colette Zinsou-Fatimabay as the Co-Executors of the Estate of Jean-Frances Zinsou, and Colette Zinsou-Fatimabay."

  It is SO ORDERED.

Dated: November 16, 2022
    New York, New York

                      Edgardo Ramos, U.S.D.J.