# Sol Kodsi, Esq.

Attorney-at-Law
111 John Street, Suite 1640
New York, NY 10038
Ph: (212) 240-9704 / Fax:   (212) 385-4198
E-mail:  sol@kodsilaw.com
website:  www.kodsilaw.com

December 16, 2022

**MEMO ENDORSED**

**FILED BY ECF**

> Defendants' request to file their opposition to Plaintiff's motion to dismiss the counterclaims on Monday, December 19, 2022 is granted.  SO OREDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: December 16, 2022
> New York, New York

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 619
New York, NY 10007

Re: <u>Ravelombonjy vs Zinsou et al</u>, Case No. 19 CIV. 07025-ER (S.D.N.Y.)

Dear Judge Ramos :

I represent the named Defendants/Counter-Plaintiffs in the above-captioned case. Plaintiff filed a Motion to Dismiss the Counterclaims on November 18, 2022. Defendants' reply is due on Sunday December 18, 2022.

Given that the deadline to respond falls on a Sunday, Defendants respectfully request leave to submit their opposition papers on the next business day, specifically December 19, 2022.

This is Defendants' first request for an extension of the deadline to serve its opposition papers as indicated above. Plaintiff's counsel has been informed and agreed to the extension.

Thank you in advance for your consideration.

Respectfully,

*/s/ Sol Kodsi*

Attorney for Defendants/Counter-Plaintiffs Colette Fatimabay-Zinsou and Andry Zinsou


cc:   Eric Auslander, Esq. (via cm/ecf)
      Patel Amisha, Esq. (via cm/ecf)
      Noah M. Leibowitz (via cm/ecf)